FILED

04/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0648

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 23-0648

_____

MONTANA ENVIRONMENTAL INFORMATION CENTER and EARTHWORKS,

*Plaintiffs & Appellants*,

v.

OFFICE OF THE GOVERNOR FOR THE STATE OF MONTANA,

*Defendant & Appellee*.

_____

## ORDER GRANTING MONTANA FREEDOM OF INFORMATION HOTLINE, MONTANA NEWSPAPER ASSOCIATION, AND MONTANA TRANSPARENCY PROJECT LEAVE TO APPEAR AS AMICI CURIAE

_____

Pursuant to the unopposed motion for leave to file an amicus brief in the captioned matter filed by the Montana Freedom of Information Hotline, Montana Newspaper Association, and Montana Transparency Project, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED, and Amici are granted leave to file their amicus brief on Friday, April 19, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 18 2024